NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

05-1159

STATE OF LOUISIANA

VERSUS

JAMES B. TRUMAN

**********

APPEAL FROM THE
THIRTIETH JUDICIAL DISTRICT COURT
PARISH OF VERNON, NO. 61338, 67771 and 67936 (AMENDED)
HONORABLE VERNON B. CLARK, DISTRICT JUDGE

**********

OSWALD A. DECUIR
JUDGE

**********

Court composed of Oswald A. Decuir, Jimmie C. Peters, and Elizabeth A. Pickett, Judges.

AFFIRMED.

William E. Tilley
District Attorney
Terry W. Lambright
Assistant District Attorney
Thirtieth Judicial District Court
P.O. Box 1188
Leesville, LA 71446-1188
(337) 239-2008
Counsel for Appellee:
     State of Louisiana

Paula C. Marx
Louisiana Appellate Project
P. O. Box 80006
Lafayette, LA 70598-0006
(337) 991-9757
Counsel for Defendant/Appellant:
     James B. Truman

James B. Truman
In Proper Person
River Correctional Facility
26362 Highway 15 South
Ferriday, LA 71334